**BRICK, BRICK AND ELMER, P.C.**
ATTORNEYS AND COUNSELLORS AT LAW
91 TREMONT STREET
P. O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

PHONE (716) 693-2335
FAX (716) 693-4972
BRICKELMER@AOL.COM

DANIEL EVANS BRICK
KENDRA S. VERGASON
SABRINA M. MAY
JOHN A. READLING

ANTHONY W. BRICK, JR.
(1909-1991)

THOMAS R. ELMER
(1945-2004)

11090990
4.12

November 24, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
2nd Floor
Buffalo, NY 14202

RE: Brown, Wendy/Case No.: 08-15504 MJK
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $4.12. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Frank J. Rizzo, DDS | Amount | $4.12 | Claims Register # | 1 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |


FILED NOV 29 2010 BANKRUPTCY COURT BUFFALO, N.Y.

Daniel E. Brick, Trustee